88a 747
s9b 376

STATE OF IOWA, Appellee, v. MARTIN MEIER, Appellant.

Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.—*HON. C. P. HOLMES, Judge.

SATURDAY, MAY 27, 1893.

THE defendant was convicted of the crime of nuisance committed by maintaining a place in which he kept for sale, and sold, in violation of law, intoxicating liquors. From the judgment imposing a fine, and providing for his imprisonment in case of a failure to pay the fine and costs, and for the abatement of the nuisance, the defendant appeals.—*Affirmed.*

BY THE COURT.—This cause is submitted for our determination on a transcript of the indictment, judgment, notice of appeal, and appeal bond. We have read the record so submitted, but without discovering any ground for reversing the judgment of the district court. It is, therefore, AFFIRMED.

———————

THE STATE OF IOWA, Appellee, v. JACOB LUICK, Appellant, *et al.*

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.—*HON. C. P. HOLMES, Judge.

SATURDAY, MAY 27, 1893.

THE defendants were indicted for a liquor nuisance; were convicted and sentenced to pay a fine of three hundred dollars each, and costs and attorneys' fees, and to stand committed to the jail of Polk county, Iowa, for one hundred and seven days, unless said fine and costs should be sooner paid. The defendant, Luick, excepted, and he appeals.—*Affirmed.*

No appearance for the appellant.

*John Y. Stone*, Attorney General, and *Thos. A. Cheshire*, for the State.

KINNE, J.—This cause is submitted on a transcript which contains a copy of the indictment, notice of appeal, appeal bond, and record entry of judgment. Neither the evidence, instructions, nor motion for a new trial is in the record. We have examined the entire record before us, and find no error. AFFIRMED.